THE HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10 | ELLEN RUSH,

CASE NO. **2:19-CV-985 RSL**

11

Plaintiff,

**STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE**

12

13 | v.

VICTORIA'S SECRET STORES, LLC,

14

Defendant.

15

16    Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Ellen Rush, and Defendant, Victoria's

17 Secret, LLC., by and through their undersigned attorneys of record, hereby stipulate and request

18 that the Court enter an order dismissing all of the claims and causes of action in the above-

19 captioned case with prejudice and without cost or attorney fees to any party.

20    Accordingly, the above-named parties stipulate that the Court may enter the order set forth

21 below.

22

**AGREED:**

23

24 | /s/ *Thaddeus P. Martin*

Thaddeus P. Martin, WSBA No. 28175

25 3015 Bridgeport Way West

University Place, WA 98466

26 Telephone: (253) 682-3420

/s/ *Maggie Diefenbach*

Maggie Diefenbach, WSBA No. 31176

Gordon Thomas Honeywell, LLP

600 University Street, Suite 2100

Seattle, WA 98101

**STIPULATION AND ORDER OF DISMISSAL**
**2:19-CV-985 RSL -** 1

Email: thad@thadlaw.com
*Attorney for Plaintiff*

Phone: (206) 676-7500
Fax: (206) 676-7575
Email: mdiefenbach@gth-law.com

-and-

Adam J. Rocco (Ohio Bar No. 0083807)*
Janay M. Stevens (Ohio Bar No. 0090515)*
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-5428
Fax: (614) 719-4957
Email: ajrocco@vorys.com
jmstevens@vorys.com

* Admitted Pro Hac Vice

*Attorneys for Defendant*

## ORDER

Based on the foregoing Stipulation, it is hereby

ORDERED that the claims of Plaintiff, Ellen Rush, concerning defendant, Victoria's Secret, LLC., are dismissed with prejudice and without costs or attorney fees to any party.

Dated this 12th day of June, 2020.

Robert S. Lasnik
United States District Judge

Presented:

s/ *Thaddeus P. Martin*
Thaddeus P. Martin, WSBA No. 28175
3015 Bridgeport Way West
University Place, WA 98466
Telephone: (253) 682-3420

**STIPULATION AND ORDER OF DISMISSAL**
**2:19-CV-985 RSL** - 2

THADDEUS P. MARTIN
3015 Bridgeport Way West
University Place, WA 98466
(253) 682-3420